UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
JUAN MUSTELIER  
YOANIS PEREZ

CASE NO.   05-46026-BKC-RAM

Rec # 283301

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOV 1 3 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    3.45    remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:   NOV 1 2 2009

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

JUAN MUSTELIER  
YOANIS PEREZ  
717 E 21 ST  
HIALEAH, FL 33013

RICHARD ADAMS, ESQ.  
ADAMS & ASSOCIATES, PA  
1165 W 49 ST, SUITE 107  
HIALEAH, FL 33012

CACV CHASE MANHATTAN BANK  
CACV/CACH OF CO COLL AMERICA  
370 17TH STREET STE 5000  
DENVER, CO 80202

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  05-46026-BKC-RAM
JUAN MUSTELIER
YOANIS PEREZ

                                      CHAPTER 13

JUAN MUSTELIER
YOANIS PEREZ
717 E 21 ST
HIALEAH, FL 33013


RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

CACV CHASE MANHATTAN BANK       ---------$          3.45
CACV/CACH OF CO COLL AMERICA
370 17TH STREET STE 5000
DENVER, CO 80202
                                    UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 15
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130